# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-5045
Owner: Sabino Alvarez, Jr., *et al*.
Acres: 0.246

**BEING** a 0.246 acre tract (10,729 square feet) parcel of land, more or less, being out of a called 1.354 acre tract, recorded in Document No's. 1969-74119 and 1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Sabino Alvarez and the known and unknown heirs of Guadalupe Gonzalez, said tract being a part of Share 19-A, Porcion 71, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, said 0.246 acre tract (10,729 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a point having a coordinate value of N=16665544.651, E=846742.022, said point being the northwest corner of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the northwest corner of said Share 19-A, the northeast corner of a called 4.657 acre tract, recorded in Document No's. 1972-81740 and 1996-187802, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Juan Antonio Muniz, et al and the northeast corner of Share 10-B, Porcion 71;

**THENCE:** S 17°55'47" W, along the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the west line of said Share 19-A, the east line of said unknown heirs of Juan Antonio Muniz, et al tract and the east line of said Share 10-B, a distance of 63.21 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5044-1=RGV-RGC-5045-1" for the **POINT OF BEGINNING**, said point having a coordinate value of N=16665484.511, E=846722.563, said point being the northwest corner of the herein described proposed acquisition tract, said point also being S 60°25'11" E, a distance of 353.87 feet from United States Corps of Engineers Control Point No. SS10-2019 ("B&F Engineering, Inc." aluminum cap in concrete);

**SCHEDULE C (Cont.)**

**THENCE:** S 66°34'32" E, departing the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the west line of said Share 19-A, the east line of said unknown heirs of Juan Antonio Muniz, et al tract and the east line of said Share 10-B, over and across said unknown heirs of Sabino Alvarez and the known and unknown heirs of Guadalupe Gonzalez tract and said Share 19-A, a distance of 53.65 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5045-2=RGV-RGC-5046-4" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the east line of said Share 19-A, the west line of a called 3.261 acre tract, recorded in Document No. 1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Vidala Garcia Vda De Gonzalez and the known and unknown heirs of Ofilia Gonzalez and the west line of Share 18-A, Porcion 71;

**THENCE:** S 17°55'47" W, along the east line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the east line of said Share 19-A, the west line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and the known and unknown heirs of Ofilia Gonzalez tract and the west line of said Share 18-A, a distance of 200.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5045-3=RGV-RGC-5046-3" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 66°34'32" W, departing the east line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the east line of said Share 19-A, the west line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and the known and unknown heirs of Ofilia Gonzalez tract and the west line of said Share 18-A, over and across said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract and said Share 19-A, a distance of 53.65 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5044-2=RGV-RGC-5045-4" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the west line of said Share 19-A, the east line of said unknown heirs of Juan Antonio Muniz, et al tract and the east line of said Share 10-B;

**THENCE:** N 17°55'47" E, along the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract, the west line of said Share 19-A, the east line of said unknown heirs of Juan Antonio Muniz, et al tract and the east line of said Share 10-B, a distance of 200.92 feet to the **POINT OF BEGINNING** and containing 0.246 acres (10,729 square feet) parcel of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-5044-1=RGV-RGC-5045-1 | 16665484.511 | 846722.563 |
| RGV-RGC-5045-2=RGV-RGC-5046-4 | 16665463.184 | 846771.788 |
| RGV-RGC-5045-3=RGV-RGC-5046-3 | 16665272.019 | 846709.934 |
| RGV-RGC-5044-2=RGV-RGC-5045-4 | 16665293.345 | 846660.709 |

### LEGEND

- ORSC — OFFICIAL RECORDS OF STARR COUNTY
- DRSC — DEED RECORDS OF STARR COUNTY
- DOC. — DOCUMENT
- NO. — NUMBER
- VOL. — VOLUME
- PG. — PAGE
- POB — POINT OF BEGINNING
- POC — POINT OF COMMENCING
- ● — SET 5/8" REBAR W/ "B&F" CAP AS NOTED
- ◉ — FOUND MONUMENT AS NOTED
- ◉^CP — COMPUTED POINT
- ——— ACQUISITION AREA BOUNDARY
- —x—x— FENCE LINE
- ——PL—— PROPERTY LINE

### GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN APRIL 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

METES & BOUNDS SURVEY
UNKNOWN HEIRS OF SABINO ALVAREZ AND KNOWN AND UNKNOWN HEIRS OF GUADALUPE GONZALEZ
TRACT No. RGV-RGC-5045
STARR COUNTY      TEXAS

Drawing Ref. No. SHEET 5 OF 6

CONTRACT NO.: W912TS-14-D-0013
T.O.: W912TS19F0075

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 05/20 |
| Checked | DWB | 05/20 |
| Surveyor | JJB | 05/20 |
| Fld.Bk. # | 1968B-T6-85 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163942



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

B&F PROJ. 7-2688-0919   FILE NAME: RGV-RGC-5045   DATE: 5/01/20

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-5045
Owner:  Sabino Alvarez, Jr., *et al*.
Acres:  0.246

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5045
Owner:  Sabino Alvarez, Jr., *et al*.
Acres:  0.246

    The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

    Reserving to the owners of land identified in conveyance recorded with Official Records of Starr County, Texas, document number 1969-74119, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

    Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E(Cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN HUNDRED DOLLARS AND NO/100 ($700.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Sabino Alvarez, Jr.**<br>[redacted]<br>Rio Grande City, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Manuel Alvarez**<br>[redacted]<br>Rio Grande City, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Maria Guadalupe Alvarez**<br>[redacted]<br>Rio Grande City, TX | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Armandina Alvarez Longoria**<br>[redacted]<br>McAllen, TX | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Marta Alvarez Gaines**<br>[redacted]<br>Rio Grande City, TX | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Eloisa Alvarez Perez**<br>[redacted]<br>Rio Grande City, TX | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: |

| | |
|---|---|
| | Starr County, Texas, Official Deed Records |
| **Magda Margot Alvarez**<br><br>Rio Grande City, TX | Est. of Raul Alvarez via<br>Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Gerardo Alvarez**<br><br>Rio Grande City, TX | Est. of Raul Alvarez via<br>Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Raul Alvarez Jr.**<br><br>Rio Grande City, TX | Est. of Raul Alvarez via<br>Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Maria Alvarez Guerra**<br><br>Rio Grande City, TX | Est. of Raul Alvarez via<br>Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Graciela Alvarez**<br><br>Rio Grande City, TX | Est. of Raul Alvarez via<br>Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Juan Abel Alvarez**<br><br>Grand Prairie, Texas | Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed;<br>Recorded on October 16, 1969;<br>Document No. 1969-74119,<br>Book 345, Page 489:<br>Starr County, Texas, Official Deed Records |
| **Sylvia Alvarez Cox** | Est. of Sabino Alvarez, Sr. via<br>General Warranty Deed; |

| | |
|---|---|
| Grand Prairie, Texas | Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Javier Alvarez**<br><br>Rio Grande City, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Jose Adan Alvarez**<br><br>Rio Grande City, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Jorge Alfredo Alvarez**<br><br>Rio Grande City, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Joel Alvarez**<br><br>Grand Prairie, Texas | Est. of Sabino Alvarez, Sr. via General Warranty Deed; Recorded on October 16, 1969; Document No. 1969-74119, Book 345, Page 489: Starr County, Texas, Official Deed Records |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas  78582 | Tax Authority |