Case 7:20-cv-00424   Document 42   Filed on 09/07/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:20-cv-00424 |
| 0.246 ACRES OF LAND, more or less, | § | |
| In STARR COUNTY, TEXAS; SABINO | § | |
| ALVAREZ, JR.; et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Unopposed Motion to Extend Deadlines to Determine Title and Prepare Briefs Addressing Titles" filed by counsel for Defendant Javier Alvarez on September 2, 2021.[1] Because the motion is unopposed, the Court considers it as soon as practicable.[2] Therein, counsel for Defendant requests the Court extend the September 6th deadline to file briefs to determine title by ninety days.[3] As this request is made before the expiration of the original deadline, the Court evaluates it for good cause.[4]

As good cause, counsel for Defendant Alvarez provides that he still "has not been able to secure all the signatures needed to determine title nor establish disclaimer waivers for the property from all the parties."[5] Defendant further provides "there are many siblings involved in this action that are live[*sic*] out of town and others who are no longer living in these surrounding areas."[6] The

---

[1] Dkt. No. 41.
[2] LR7.2 ("Motions without opposition and their proposed orders must bear in their caption 'unopposed.' They will be considered as soon as it is practicable.").
[3] Dkt. No. 41.
[4] FED.R.CIV.P. 6(b).
[5] Dkt. No. 41.
[6] *Id*.

Court already extended the deadline by thirty-days for these reasons. Nonetheless, the Court finds good cause to extend the deadline. However, the Court cautions Defendant Alvarez that it will be reluctant to grant any further extensions on these bases.

Accordingly, the Court **EXTENDS** the deadline to file a motion to determine title and briefs addressing title in this case until **December 6, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of September 2021.

_____
Micaela Alvarez
United States District Judge